**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00695-REB-KLM

SHEET METAL WORKERS' LOCAL 9 PENSION TRUST FUND, and
BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 9 PENSION TRUST,

    Plaintiffs,

v.

FRED SCHECTOR, ESTATE OF GEORGE WAHL, and
JOHN DOE,

    Defendants.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

**Blackburn, J**.

The matter before me is plaintiffs' **Motion for Default Judgment and Brief in Support Thereof** [#20], filed October 19, 2007.  I deny the motion without prejudice.

Defendant Fred Schector was served personally with a copy of the summons and Amended Complaint on October 6, 2006.  Defendant failed to answer or otherwise respond to the complaint within the time permitted by law, and, thus, has admitted ostensibly the factual allegations of the complaint other than those relating to damages. *See* **FED.R.CIV.P**. 8(d); *see also Burlington Northern Railroad Co. v. Huddleston*, 94 F.3d 1413, 1415 (10th Cir. 1996).  Accordingly, he has conceded that he failed to notify plaintiffs of the death of his father, George Wahl, on September 9, 1998, and continued to allow plaintiffs to deposit monthly pension benefit checks to the account of George Wahl through the end of 2004.  Because under the terms of the governing

pension plan document, monthly payments were to cease on the death of the pensioner, plaintiffs erroneously paid $37,575.00 into George Wahl's account.  Entry of default pursuant to Fed.R.Civ.P. 55(a) was made by the Clerk of the Court on June 11, 2007.

Plaintiffs now seek a default judgment against Schector.  However, their motion fails to apprise the court as to how they believe the facts admitted by Schector's failure to answer or otherwise appear in this action prove up any one or more of the five Colorado common law causes of action they have pleaded.  Moreover, they have presented neither argument nor authority demonstrating that they are entitled to attorney fees under ERISA in connection with such common law claims.  I will decline plaintiffs' implicit invitation to engage in divination as to the legal basis for entry of a default judgment and attorney fees in their favor.  The motion, therefore, must be denied without prejudice.

**THEREFORE, IT IS ORDERED** that plaintiffs' **Motion for Default Judgment and Brief in Support Thereof** [#20], filed October 19, 2007, is **DENIED WITHOUT PREJUDICE**.

Dated November 8, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States Magistrate Judge**