# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 06-cv-00695-REB-KLM

SHEET METAL WORKERS' LOCAL 9 PENSION TRUST and
BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 9 PENSION TRUST,

    Plaintiffs,

v.

FRED SCHECTOR, ESTATE OF GEORGE WAHL and
JOHN DOE,

    Defendants.

---

## ORDER OF SETTLEMENT

---

Pursuant to the parties' Agreement in Lieu of Execution and their Stipulation To Entry of Judgment, it is hereby, **ORDERED, ADJUDGED AND DECREED** that:

1. The parties have signed a "Stipulation to Entry of Judgment," and an "Agreement in Lieu of Execution," under which the Defendant has agreed that Judgment be entered against him.

2. Plaintiffs have agreed not to enforce that Judgment unless Defendant should default on the Agreement in Lieu of Execution.

3. The Court shall enter Judgment for the Plaintiffs against the Defendant, using a form of judgment that is substantially similar to the "Judgment" attached as Exhibit A to the **Stipulation To Entry Of Judgment** [#23-2] filed March 3, 2008.

4. The Plaintiffs shall not enforce the Judgment unless and until Plaintiff defaults on the **Agreement In Lieu of Execution** [#23-4] filed March 3, 2008, which is Exhibit B to the **Stipulation To Entry Of Judgment** [#23-2] filed March 3, 2008.

Dated March 4, 2008, at Denver, Colorado.

   s/Robert E. Blackburn
_____
ROBERT E. BLACKBURN
United States District Judge